UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RONALD TUTTLE** | : | **DOCKET NO. 2:22-cv-1052 SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **USA** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 4th day of October, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE